UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v. ) | 18 U.S.C. § 1349 |
| ) | Conspiracy to Commit Bank Fraud |
| GHALEB ALAUMARY ) | |
|    a/k/a "CANADA" ) | CR419 067 |
|    a/k/a "OCKIE" ) | |

### ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled Indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process and to conduct initial appearances and related proceedings, but that such Indictment shall not be placed upon the Court's docket in a manner in which it is available to the public.

So ORDERED this _____ day of May, 2019.

_____
HON. CHRISTOPHER RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA