UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v. ) | 18 U.S.C. § 1349 |
| ) | Conspiracy to Commit Bank Fraud |
| GHALEB ALAUMARY ) | |
| a/k/a "CANADA" ) | CR419 067 |
| a/k/a "OCKIE" ) | |

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

1. At all times material to this Indictment, Regions Bank and BBVA Compass Bank were financial institutions whose deposits were insured by the Federal Deposit Insurance Corporation.

### COUNT ONE
*Conspiracy to Commit Bank Fraud*
18 U.S.C. § 1349

2. From in or around October 2017 and continuing through December 2017, in Chatham County, within the Southern District of Georgia, and elsewhere,

**GHALEB ALAUMARY,**
a/k/a "CANADA,"
a/k/a "OCKIE,"

did knowingly combine, conspire, confederate and agree with others known and unknown to the Grand Jury to commit Bank Fraud, that is, to execute and attempt to execute a scheme and artifice to defraud financial institutions and to obtain monies under the custody and control of financial institutions by means of false and

fraudulent pretenses, representation and promises, in violation of Title 18, United States Code, Section 1344.

## *The Manner and Means of the Conspiracy*

It was a part of the conspiracy and among its manner and means that:

3. Coconspirators would and did unlawfully acquire the personal identifying information ("PII") and confidential bank account information of other individuals without their consent.

4. Coconspirators would and did create false identification documents using the names of real victims.

5. Coconspirators would and did memorize the PII and confidential bank account information of real victims, including victims at Regions Bank and BBVA Compass Bank, among other financial institutions.

6. Coconspirators would and did deposit and transfer and attempt to deposit and transfer the proceeds of the conspiracy into bank accounts that were opened in the names of fictitious businesses.

7. Coconspirators would and did use telephone calls, text messaging, email, and WhatsApp to communicate with each other about the conspiracy.

## *Overt Acts*

In furtherance of the conspiracy and to affect the objects of the conspiracy, the following overt acts, among others, were committed:

8. On or about October 30, 2017, **ALAUMARY** caused to be purchased an airline ticket for a coconspirator's travel from Florida to Texas, so that the coconspirator could impersonate wealthy bank customers in Texas.

2

9. On or about November 12, 2017, **ALAUMARY** caused to be purchased an airline ticket for a coconspirator's travel from Florida to Texas, and a hotel room in Dallas, Texas for the coconspirator, so that the coconspirator could impersonate wealthy bank customers in Texas.

10. On or about November 27, 2017, in Chatham County, within the Southern District of Georgia, a coconspirator conducted a telephone call with another coconspirator during which they discussed using unlawfully obtained confidential bank account information to conduct financial transactions in accounts held at BBVA Compass Bank and other financial institutions.

11. On or about December 1, 2017, **ALAUMARY** caused to be purchased an airline ticket for a coconspirator's travel from Florida to Texas, and a hotel room in Dallas, Texas for the coconspirator, so that the coconspirator could impersonate wealthy bank customers in Texas.

12. On or about December 1, 2017, **ALAUMARY** sent a text message to a coconspirator confirming that he had booked the coconspirator's hotel and flight reservations for travel to Dallas, Texas.

13. On or about December 3, 2017, **ALAUMARY** conducted several telephone calls with a coconspirator to ensure the coconspirator successfully traveled to Texas.

14. On or about December 4, 2017, **ALAUMARY** conducted a telephone call with a coconspirator in which he instructed the coconspirator on the fraudulent activity to take place, stating: "this week we are not opening. We are shooting. You

understand what I mean?" In that call, **ALAUMARY** told the coconspirator: "That's all we doing, shooting, shooting, shooting 'cause we need to get paid this time. 'Cause, you know I'm already six grand in the hole from hotels and flights."

15. On or about December 4, 2017, **ALAUMARY** conducted a telephone call with a coconspirator during which they discussed unlawfully obtaining money from a victim's account held at the BBVA Compass Bank. During the telephone call, **ALAUMARY** told the coconspirator that "our money's going to come," and that "we do long-term work. We don't do like short-term petty shit."

All done in violation of Title 18, United States Code, Section 1349.

A True Bill.

_____
*/s/ Foreperson*

_____
Bobby L. Christine
United States Attorney

_____
Chris Howard
Assistant United States Attorney
*Lead Counsel

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division