UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 1349 |
| | ) Conspiracy to Commit Bank Fraud |
| GHALEB ALAUMARY | ) |
| a/k/a "CANADA" | ) |
| a/k/a "OCKIE" | ) |

CR419 067

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:    Conspiracy to Commit Bank Fraud
            18 U.S.C. § 1349

- Not more than 30 years of imprisonment
- Not more than a $1,000,000 fine
- Not more 5 years of supervised release
- $100 special assessment

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ Chris Howard

Chris Howard
Assistant United States Attorney
N.Y. Bar No. 4935938