IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. CR 4:19-CR-067 |
| v.  ) | **UNDER SEAL** |
| ) | |
| GHALEB ALAUMARY ) | |
|   a/k/a "CANADA" ) | |
|   a/k/a "OCKIE" ) | |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the Order issued May 8, 2019, sealing the above-styled Indictment, be amended to allow the United States to disclose the Indictment and all process issued thereunder, to entities and officials necessary to effect service of process and the arrest of the Defendant, including government agencies such as the U.S. Department of State. All other provisions of the May 8, 2019 Order remain in effect.

So ORDERED this 15th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA