IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| V | * | CRIMINAL ACTION NUMBER |
| | * | 4:19-CR-67 |
| **GHALEB ALAMAURY,** | * | |
| | * | UNDER SEAL |
| **Defendant.** | * | |

NOTICE OF APPEARANCE

In accordance with LR 83.6, please enter the name of **STEVEN P. BERNE** as counsel of record for the Defendant in the above-captioned matter.

Respectfully submitted,

s/ *Steven Berne*
STEVEN P. BERNE
ATTORNEY FOR DEFENDANT
GEORGIA BAR NO. 055020

1441 Dunwoody Village Parkway
Suite 100
Atlanta, Georgia 30338
(404) 881-5335

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon counsel of record in this case a copy of the foregoing document via the Electronic Case Filing system of the United States District Court for the Southern District of Georgia or via email.

This ___6_____ day of __November_____, 2019.

Respectfully submitted,

s/*Steven Berne*
STEVEN P. BERNE
ATTORNEY FOR DEFENDANT
GEORGIA BAR NO. 055020

1441 Dunwoody Village Parkway
Suite 100
Atlanta, Georgia 30338
(404) 881-5335
atlantalaw@bellsouth.net