**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 4:19cr67 | **DATE:** 03/13/2020 |
| **UNITED STATES OF AMERICA** | **TIME:** 9:29 - 9:39 AM |
| v. | **LOCATION:** Savannah |
| **GHALEB ALAUMARY** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Molly Davenport |
| **Court Reporter:** FTR-SAV | **Interpreter/Law Clerk:** |
| **Probation Officer:** Arron Miller | **Security:** CSO Hugh/USM Joel |
| **Attorney(s) for Government:** Christopher Howard | |
| **Attorney(s) for Defendant:** Steven Berne/Steven Fray | |

**PROCEEDINGS:**   **SEALED HEARING - INITIAL APPEARANCE/ARRAIGNMENT**

- ✓ Defendant advised of rights
- ✓ Defendant advised of charges and penalties
- ☐ Defendant qualifies for court appointed counsel
- ✓ Not guilty plea entered
- ✓ Defendant's pretrial motions due within  45  days; Government response due 14 days thereafter.
- ☐ Government moves for detention:
    - ☐ Defendant requests 5 days to prepare for detention hearing
    - ☐ Government requests 3 days to prepare for detention hearing
    - ☐ Defendant waives detention hearing at this time
    - ☐ Detention hearing scheduled for:
    - ☐ Detention hearing held.
- ☐ Defendant released on an Appearance Bond
- ☐ Defendant released with supervision
- ☐ Defendant detained pending a detention hearing
- ✓ Defendant detained pending trial
- ✓ Defendant remanded to the custody of the US Marshal

**ADDITIONAL COMMENTS:**

A detention order was entered in this case following a detention hearing held in the Northern District of Georgia and is filed at (doc. 18) Rule 5(c)(3) documents and begins at page 15. The Court adopts this detention order.