# VERDICT

We, the jury find the defendant, _____

this_____day of _____, 2019.

_____
*Foreman*

# PLEA

The defendant, *Ghaleb Alaumary*, waives arraignment and pleads *not guilty*

In open Court, this *13th* day of *MARCH*, 2019. *2020*

_____
*Counsel for Defendant*

_____
*Defendant*

USA-40-21-3

BOBBY L. CHRISTINE
*United States Attorney*

_____ *Deputy Clerk*

Filed in open Court this *8th* day

of May, 2019.

**INDICTMENT**

FOR

18 U.S.C. § 1349

GHALEB ALAUMARY

*vs.*

UNITED STATES

United States District Court
Southern District of Georgia
Savannah Division

**CR419 067**
No. CR

# PLEA

The  defendant(s)_____

_____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of

counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____

In open Court this _____day of _____, 2019.

_____
_____
_____
_____

Witness:

_____
*Clerk, United States Courts*