# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO.:   4:19CR67** |
| | ) | |
| GHALEB ALAUMARY, | ) | |
| | ) | |
| **Defendant.** | ) | |

## SCHEDULING ORDER

In accordance with the Court's instructions at the arraignment in this case,

☐ Defendant's pretrial motions are to be filed within 10 days of the date of arraignment, as provided by Local Rule 12.1.

☑ Based upon defense counsel's oral motion, and the Court's finding that the ends of justice in granting an extension of time to prepare motions outweigh the best interest of the public and defendant in a speedy trial, defendant's pretrial motions are to be filed within 45 days of the date of arraignment.

The Government shall have 14 days thereafter to respond to any defense motion.  In multiple-defendant cases, however, the Government may file a joint response within 14 days after all defense motions have been filed.  **Counsel's response to the Notice to Counsel Form establishing that an evidentiary hearing and/or argument is required must be filed within 15 days of filing of the Government's response.  The failure to timely file the Notice will be construed as deeming the motions resolved or waived.**  The Court will calendar an

evidentiary hearing and/or argument within 21 days of filing of the Notice unless additional time is requested.  A copy of the Notice is enclosed with this Scheduling Order.

Untimely motions or responses will not be considered absent a showing of good cause for failure to file within the time limit set by the Court.  A failure to timely file defense motions will be construed as indicating that no pretrial matters require an evidentiary hearing.

Counsel are instructed to file all requests to charge and proposed voir dire questions at least 7 days before jury selection or as the district judge may direct.

**SO ORDERED,** this __13th__ day of March 2020.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA