# 4:19cr67  USA v. Ghaleb Alaumary

## NOTICE TO COUNSEL

**This form should be completed and FILED no later than 15 days after government response.**

Before proceeding with the scheduled motions hearing in this case, **the *Court directs* counsel for the parties to answer the following inquires.**

1. Have all of your pretrial motions been satisfied or otherwise resolved? _____

2. Please list any unresolved motions which require a ruling by the Court and indicate whether argument is requested and/or whether an evidentiary hearing is required.

3. *The Court will schedule a hearing on any unresolved motion(s).*

4. *Motions not listed will be deemed resolved or waived.*

| **Nature of Motion** | **Doc #** | **Argument Requested** | **Evidentiary Hearing Required** |
|---|---|---|---|
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |
| (5) | | | |
| (6) | | | |
| (7) | | | |
| (8) | | | |
| (9) | | | |
| (10) | | | |

_____           _____
Print Attorney's Name                                    Print Defendant's Name

**NOTE:   Use the "Notice to Counsel Response" event when e-filing this form.**