UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR: 419-67 |
| ) | CR: 420-27 |
| GHALEB ALAUMARY  ) | |
| ) | |

## GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. § 3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned cases against the defendant. A copy of the plea agreement has been provided to the Court for its consideration. The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Chris Howard*

Assistant United States Attorney
N.Y. Bar Number 4935938

P.O. Box 8970
Savannah, Ga.  31412
(912) 652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case by sending via email to defense counsel of record.

This 29th day of March, 2020.

                                                    Respectfully submitted,

                                                    BOBBY L. CHRISTINE
                                                    UNITED STATES ATTORNEY

                                                  ***/s/ Chris Howard***

                                                  Assistant United States Attorney
                                                  N.Y. Bar Number 4935938

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422