# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NOS: 4:19-CR-67 |
| | ) | 4:20-CR-27 |
| **GHALEB ALAUMARY** | ) | |

## ORDER

Pending before the Court is the United States' Motion to Unseal the above-captioned cases.

Having considered the Motion, and for good cause therein, the United States' Motion is **GRANTED**. The charging documents and plea agreement shall be unsealed. All other documents that have been ordered sealed in the above-captioned cases shall not be unsealed until further order of this Court.

So ORDERED this _____ day of May, 2020.

_____
HON. CHRISTOPHER L. RAY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA