UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 4:19cr67 and 4:20cr27 | **DATE:** 6/3/20 |
| **UNITED STATES OF AMERICA** | **TIME:** 9:06 - 9:30 AM |
| v. | **LOCATION:** SAVANNAH |
| **GHALEB ALAUMARY** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Molly Davenport |
| **Court Reporter:** FTR-SAV | **Law Clerk:** Matthew Traut |
| **Probation Officer:** | **Security:** |
| **Attorney(s) for Government:** Christopher Howard | |
| **Attorney(s) for Defendant:** Steven Berne/Steven Frey | |

**PROCEEDINGS:**   MOTION HEARING

Motion(s) before the Court:

4:19cr67 (Doc. 56) Motion to Unseal Case
4:20cr27 (Doc. 24) Motion to Unseal Case

Government's witness(es):                                        Defendant's witness(es):

**ADDITIONAL COMMENTS/RULINGS:**

This proceeding was conducted UNDER SEAL and the record was ORDERED SEALED.

The proceeding was conducted via VTC with the expressed consent of the defendant after consulting with counsel.

IT IS ORDERED THAT the Clerk of Court shall send counsel a copy of the sealed docket sheet.

4:19cr67 (Doc. 56) Motion to Unseal Case, and 4:20cr27 (Doc. 24) Motion to Unseal Case are DENIED without prejudice.  The Court will issue a separate ruling.