UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NOS:** 4:19-CR-67 |
| | ) | 4:20-CR-27 |
| | ) | 4:21-CR-141 |
| **GHALEB ALAUMARY** | ) | |

## GOVERNMENT'S CERTIFICATE OF DISCLOSURE

The United States notifies the Court that the items listed in the attached discovery index were previously produced to counsel for defense in the above-captioned matters.

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/ Chris Howard*

Assistant United States Attorney
Southern District of Georgia

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number:  912-652-4422
E-mail:  christopher.howard@usdoj.gov

1