UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO:  4:20-CR-027 |
| | ) | 4:20-CR-141 |
| GHALEB ALAUMARY | ) | 4:19-CR-067 |

## UNITED STATES' MOTION TO SEAL

The United States requests that the Court place under seal Appendix A to its Certificate of Disclosure.  The Appendix of discovery lists victim identifiers that cannot be practically redacted.  Accordingly, to limit the unnecessary disclosure of victims' personal identifying information, the United States requests that Appendix A to its Certificate of Disclosure be placed under seal.

Respectfully submitted,

DAVID H. ESTES
ACTING U.S. ATTORNEY

*/s/ Chris Howard*

Chris Howard
Assistant United States Attorney
N.Y. Bar Number 4935938

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2594
Facsimile: (912) 652-4388

1