# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 4:20-CR-027 |
| | ) | 4:20-CR-141 |
| **GHALEB ALAUMARY** | ) | 4:19-CR-067 |

## ORDER

Pending before the Court is the United States' Motion to Seal, wherein the United States seeks to maintain under seal Appendix A to its Certificate of Disclosure. Having considered the Motion, and for good cause therein, the United States' Motion is **GRANTED**. Appendix A to the United States' Certificate of Disclosure shall remain under seal until otherwise ordered by the Court.

So ORDERED this 9th day of September, 2021.

_____
CHRISTOPHER L. RAY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA